■ ANTHONY SUSI, Appellant, v LOIS AUBIN, Respondent, et al., Defendants. [796 NYS2d 276]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered March 27, 2003. The order, after a nonjury trial, dismissed the cause of action for breach of contract.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Lawton, JJ.